IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KANAT UMARBAEV, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:20-CV-1279-B-BN |
| | § | |
| MARC J. MOORE, ET AL, | § | (Consolidated with: 3:20-CV-1291-B-BN; |
| | § | 3:20-CV-1292-B-BN; 3:20-CV-1293-B-BN; |
| Respondents, | § | 3:20-CV-1294-B-BN; 3:20-CV-1295-B-BN; |
| | § | 3:20-CV-1296-B-BN; 3:20-CV-1297-B-BN; |
| | § | 3:20-CV-1298-B-BN; 3:20-CV-1299-B-BN; |
| | § | and 3:20-CV-1300-B-BN) |

## ORDER

The Court finds that, while no authority allows multiple habeas petitioner to file a single petition for relief, this case and the cases the Court severed from it on May 19, 2020—Civil Actions 3:20-CV-1291-B-BN, 3:20-CV-1292-B-BN, 3:20-CV-1293-B-BN, 3:20-CV-1294-B-BN, 3:20-CV-1295-B-BN, 3:20-CV-1296-B-BN, 3:20-CV-1297-B-BN, 3:20-CV-1298-B-BN, 3:20-CV-1299-B-BN, and 3:20-CV-1300-B-BN—should be consolidated for pretrial management. Under Local Civil Rule 42.1, all pleadings, motions, or other papers shall be filed in No. 3:20-CV-1279-B-BN and bear only the caption of that case, together with the legend required by Rule 42.1 (as shown in the caption of this order). And the Clerk of Court shall administratively close Civil Actions 3:20-CV-1291-B-BN through 3:20-CV-1300-B-BN for statistical purposes.

The Court further **GRANTS** the motions for admission *pro hace vice* filed by counsel for petitioners Manoj Govindaiah [Dkt. No. 7], Scott Rauscher [Dkt. No. 10], Renee Spence [Dkt. No. 11], and Sehla Asai [Dkt. No. 13]. Counsel shall, if they has not already done so, register as an ECF User within 14 days of this order. *See* N.D. TEX. L. CIV. R. 5.1(f). And the Clerk of Court shall

deposit the admission fees into the account of the Non-Appropriated Fund of this Court.

And the Court **GRANTS** Respondents' Unopposed Motion for Leave to File 44-Page Consolidated Response [Dkt. No. 14] and Unopposed Motion for Leave to File Appendix Under Seal [Dkt. No. 15]. And the Clerk of Court shall docket under seal Dkt. No. 15-1 as Respondents' Appendix to Consolidated Response to Petitions for Writ of Habeas Corpus and Motions for Temporary Restraining Order.

**SO ORDERED.**

**DATED: May 27, 2020.**

_____
**JANE J. BOYLE
UNITED STATES DISTRICT JUDGE**